IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL A. ISSAC, # 03815-078                                             PETITIONER

VERSUS                                          CIVIL ACTION NO. 5:09-cv-196-DCB-MTP

UNITED STATES OF AMERICA
AND WARDEN OF F.C.C. YAZOO CITY                                         RESPONDENTS

FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous, without prejudice and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the  9th   day of March, 2010.


        s/David Bramlette
       UNITED STATES DISTRICT JUDGE